**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

**THEODOR JONGEN,**
    Plaintiff,

v.

**THE UNITED STATES,**
    Defendant.

Civil Action No. ____**26-753 T**_____

**COMPLAINT (PUBLIC REDACTED)**

Plaintiff Theodor Jongen, through undersigned counsel, brings this action against the United States of America to recover $106,050 in excess withholding tax paid for tax year 2020, plus statutory interest, and states as follows:

**I. NATURE OF THE ACTION**

1. In December 2020, Plaintiff,  a Dutch citizen and nonresident of the United States, sold a parcel of U.S. real property at a loss. The buyer withheld $106,050 from the proceeds of the sale pursuant to 26 U.S.C. § 1445(a) and placed the funds in escrow.

2. After closing, the closing agent applied to the Internal Revenue Service for a  Form 8288-B certificate to eliminate the withholding and release the funds from escrow (the "Application").

3. Plaintiff never received any communication from the Service on that Application.

JONGEN vs. USA, Case No. _____
COMPLAINT (REDACTED)

4.  In June 2022, Plaintiff filed his Form 1040-NR for 2020 reporting zero U.S. federal income tax liability. In April 2024, having heard nothing further, Plaintiff filed Form 1040-X to expressly claim a refund of the $106,050.

5.  The Service did not respond.

6.  In May 2025, Plaintiff learned that the Application had been denied in October 2021 and the funds remitted to the Service in November 2021.  Plaintiff again wrote to the Service asking for the refund.

7.  The Service did not respond.

8.  Plaintiff's U.S. tax liability for 2020 is zero. The $106,050 is an overpayment. Plaintiff brings this action to recover it.

## II. THE PARTIES

9.  Plaintiff Theodor Jongen is a non-resident individual within the meaning of 26 U.S.C. § 7701(b) and a foreign person within the meaning of 26 U.S.C. § 1445(f)(3).

10. Defendant is the United States of America.

## III. JURISDICTION, TIMELINESS AND VENUE

11. This Court has jurisdiction under 28 U.S.C. § 1491(a)(1) over civil actions against the United States for the recovery of internal revenue tax erroneously or illegally assessed or collected.

12. Plaintiff satisfied the refund claim requirement of 26 U.S.C. § 7422(a) by filing Form 1040-X for tax year 2020 on April 30, 2024, claiming a refund of $106,050.

JONGEN vs. USA, Case No. _____
COMPLAINT (REDACTED)

13. The Service has neither allowed nor disallowed the claim, and more than six months have elapsed since it was filed. This action is therefore timely under 26 U.S.C. § 6532(a)(1).

14. The refund claim itself was timely.

15. The $106,050 is withholding of tax at the source under 26 U.S.C. § 1445 (FIRPTA), a tax imposed under Subtitle A, Chapter 3 of the Internal Revenue Code, deemed paid by Plaintiff on the original due date of his 2020 return under 26 U.S.C. § 6513(b)(3), namely June 15, 2021, the due date for a nonresident under 26 U.S.C. § 6072(c).

16. The April 30, 2024 claim was filed within the three-year period of 26 U.S.C. § 6511(a) and the refund sought falls within the lookback period of 26 U.S.C. § 6511(b)(2)(A).

17. Pursuant to RCFC 9(m), Plaintiff provides the following information:

(1)     **Tax year and form**
        2020 Form 1040-NR (e-filed June 21, 2022), as amended by Form 1040-X filed April 30, 2024, received May 4, 2024 (DHL Waybill 1285633775). (Exh. A).

(2)     **Amount sought**
        $106,050 in FIRPTA withholding overpaid under 26 U.S.C. § 1445, plus statutory interest under 26 U.S.C. § 6611 and such other relief as may be just and proper.

(3)     **Amount, date, and place of payment of tax**
        $106,050 withheld by the transferee from Plaintiff's sale proceeds at the December 17, 2020 closing of the sale of U.S. real property located in North Carolina, and remitted to the Internal Revenue Service on November 11, 2021. Deemed paid on June 15, 2021 under 26 U.S.C. § 6513(b)(3). (Exh. C).

(4)       **Date and place where claim for refund was filed**
April 30, 2024. Internal Revenue Service, Austin, Texas Service Center, by DHL International Waybill 1285633775 (delivered May 4, 2024). (Exh. B).

(5)       **Name, identifying number, and address of taxpayer on return**
Theodor Jongen (ITIN ██████-3656)
Valeriusplein 9B8, 1075BG Amsterdam, The Netherlands.

(6)       **Date of disallowance**
None. The Service has not responded. More than six months have elapsed since the filing of the refund claim without a decision by the Service. 26 U.S.C. § 6532(a)(1).

## IV. STATEMENT OF FACTS

18. Plaintiff is a citizen and resident of The Netherlands and was a nonresident person for U.S. federal income tax purposes for tax year 2020.

19. On December 17, 2020, Plaintiff sold U.S. real property located in North Carolina (the "Property") for $707,000. The Property was a "United States real property interest" within the meaning of 26 U.S.C. § 897(c)(1), and the disposition was one described in 26 U.S.C. § 1445(a).

20. The sale generated no gain.

21. At closing, the buyer withheld $106,050 from Plaintiff's sale proceeds under 26 U.S.C. § 1445(a) and placed the funds in escrow pending action by the Service on an application for a withholding certificate. (Exh. C).

22. On December 21, 2020, Plaintiff's real estate closing firm sent the Service Form 8288-B, Application for Withholding Certificate, seeking to eliminate the required withholding under 26 U.S.C. § 1445(c)(1)(A) and return the escrowed funds to Plaintiff.

23. The Application listed an incorrect address and ITIN for Plaintiff. (Exh. C).

24. By letter dated October 28, 2021, the Service denied the Application as untimely and directed the buyer to remit the withholding with Form 8288. The letter was sent to the closing firm.

25. Plaintiff received no communication from the Service concerning the Application and was unaware of the denial. (Exh. D).

26. On November 11, 2021, the buyer remitted $106,050 to the Service with Form 8288 and Form 8288-A.

27. On the Form 8288-A that accompanied the Form 8288, Plaintiff's ITIN and address were entered incorrectly. (Exh. E).

28. Plaintiff did not receive a stamped copy of Form 8288-A (Copy B) from the Service.

29. On June 21, 2022, Plaintiff electronically filed his 2020 Form 1040-NR, reporting his correct address and the sale of the Property, and reporting a U.S. federal income tax liability of zero. Plaintiff did not claim a credit for the withholding, which Plaintiff and his return preparer understood to remain in the buyer's escrow pending the Service's decision on the Application. (Exh. F).

30. On December 12, 2023, Plaintiff sent the Service an application to renew his ITIN and requested a decision on the 2020 Application for Withholding Certificate, enclosing copies of the Application and the return showing no tax due.

31. On January 18, 2024, the Service renewed Plaintiff's ITIN but did not respond to the request for a decision on the Application for Reduced Withholding Certificate.

32. On April 30, 2024, Plaintiff filed Form 1040-X for tax year 2020 by DHL International, Waybill 1285633775, claiming a refund of $106,050. The Service received the filing on May 4, 2024. (Exhs. A, B). The amended return reported the same zero U.S. federal income tax liability previously reported and claimed credit for the FIRPTA withholding. (Exhs. A, F).

33. On its face, the Form 1040-X claimed a refundable overpayment of $106,050 and set forth the grounds for the claim in detail sufficient to apprise the Commissioner of its exact basis. (Exh. A).

34. The Form 1040-X constitutes Plaintiff's administrative claim for refund of the 2020 overpayment within the meaning of 26 U.S.C. § 7422(a) and Treas. Reg. §301.6402-3(a).

35. The Service did not respond.

36. On May 3, 2025, Plaintiff learned for the first time — from the buyer's closing firm — that the Service had denied the Application as untimely by letter dated October 28, 2021 and that the buyer had remitted the $106,050 to the Service on November 11, 2021.

37. On May 13, 2025, Plaintiff wrote to the Service at the Ogden, Utah Service Center, setting forth the corrected account of the foregoing — including the now-confirmed November 11, 2021 remittance — and requested Form 8288-A, Copy B, to facilitate processing of his  refund.  (Exh. G).

38. The Service did not respond.

39. To date, the Service has neither allowed nor denied the refund claim and has issued no communication to Plaintiff regarding it.

40. Plaintiff has no outstanding federal tax liabilities against which the overpayment may be credited under 26 U.S.C. § 6402.

## V. CLAIM FOR RELIEF — REFUND OF OVERPAID TAX

41. Plaintiff re-alleges and incorporates paragraphs 1 through 40 by reference.

42. The transferee withheld $106,050 from the proceeds of the sale of Plaintiff's U.S. real property under 26 U.S.C. § 1445(a) and remitted that amount to the Service on November 11, 2021.

43. Plaintiff's correct U.S. federal income tax liability with respect to the 2020 disposition is zero.

44. The $106,050 withheld is a refundable overpayment within the meaning of 26 U.S.C. §§ 6401 and 6402(a), for which Plaintiff is entitled to a credit and refund under 26 U.S.C. § 31(a).

45. Plaintiff's Form 1040-X is a timely claim for refund under 26 U.S.C. § 6511(a) and Treas. Reg. § 301.6402-3(a), and the refund sought is timely under 26 U.S.C. § 6511(b).

46. More than six months have elapsed since the claim was filed, and the Service has not rendered a decision.

47. Plaintiff is entitled to $106,050 and statutory interest.

JONGEN vs. USA, Case No. _____
COMPLAINT (REDACTED)

## VI. PRAYER FOR RELIEF

WHEREFORE, Plaintiff respectfully requests that this Court enter judgment against the United States and award Plaintiff:

A. The sum of $106,050 for tax year 2020;

B. Statutory interest under 26 U.S.C. §§ 6611, 6622;

C. Attorneys' fees and expenses as allowed by law, including under 26 U.S.C. § 7430; and

D. Such other and further relief as the Court deems just and proper.

Respectfully submitted this 21st day of May, 2026.

*Christine S. Dahl*

**Christine S. Dahl, Esq.**
*Counsel for Plaintiff Theodor Jongen*
Hoge Nieuwstraat 18
Den Haag 2514 EL
The Netherlands
Email: christine@dahltaxlaw.com
Telephone: +1 (727) 900-2412

JONGEN vs. USA, Case No. _____
COMPLAINT (REDACTED)

## INDEX OF EXHIBITS TO THE COMPLAINT (REDACTED)

| Exhibit | Description | |
|---------|-------------|---|
| A | Form 1040-X for tax year 2020, Theodor Jongen, signed April 24, 2024 and shipped to the IRS by DHL International on April 30, 2024 (the claim for refund) | **001- 017** |
| B | DHL International Waybill 1285633775 for the April 30, 2024 mailing of Form 1040-X to the Austin, Texas Service Center, with signed delivery confirmation, received May 4, 2024 | **018- 021** |
| C | Form 8288-B, Application for Withholding Certificate, dated December 21, 2020, with settlement statement for the December 17, 2020 sale of the North Carolina property, showing FIRPTA withholding of $106,050. | **022- 040** |
| D | IRS letter dated October 28, 2021 to the transferee denying the Form 8288-B Application | **041 -041** |
| E | Transferee's November 11, 2021 remittance of $106,050 to the Service with Form 8288 and Form 8288-A | **042 -046** |
| F | Form 1040-NR for tax year 2020, Theodor Jongen, e-filed June 21, 2022 | **047- 058** |
| G | May 13, 2025 letter from Plaintiff to the Ogden, Utah Service Center reporting the November 11, 2021 remittance and requesting Form 8288-A, Copy B | **059 - 113** |